UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
:
UNITED STATES OF AMERICA :
: **ORDER**
- v. - :
: 22 Cr. 192 (JSR)
JOEL ORTIZ, :
a/k/a "Brooklyn," :
:
Defendant. :
------------------------------- x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on November 7, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated:   New York, New York
         February 22, 2023

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK